UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARKNINJA OPERATING LLC and SHARKNINJA SALES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>NANJING PUKOU XISHENG NEW ENERGY CO., LTD.,<br><br>Defendant. | Civil Action No. 26-12116-JCB |

REPORT AND RECOMMENDATION

September 21, 2026

Boal, M.J.

Plaintiffs filed the complaint in this case on May 8, 2026. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(a), Plaintiffs are required to serve the summons and complaint within 90 days after the filing of the complaint. On August 31, 2026, this Court ordered Plaintiffs to file by September 14, 2026, proof of service or show good cause for failing to do so. Docket No. 5. As of this date, Plaintiffs have filed neither. Accordingly, pursuant to Fed. R. Civ. P. 4(m), this Court recommends that a District Judge dismiss this action without prejudice.

REVIEW BY DISTRICT JUDGE

The parties are hereby advised that under the provisions of Fed. R. Civ. P. 72(b), any party who objects to these proposed findings and recommendations must file specific written objections thereto with the Clerk of this Court within 14 days of service of this Report and Recommendation. The written objections must specifically identify the portion of the proposed

findings, recommendations, or report to which objection is made, and the basis for such objections. See Fed. R. Civ. P. 72. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Fed. R. Civ. P. 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation. See Phinney v. Wentworth Douglas Hospital, 199 F.3d 1 (1st Cir. 1999); Sunview Condo. Ass'n v. Flexel Int'l, Ltd., 116 F.3d 962 (1st Cir. 1997); Pagano v. Frank, 983 F.2d 343 (1st Cir. 1993).

*/s/ Jennifer C. Boal*
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE